# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BROWN,<br>          Plaintiff,<br>v.<br>ANDREW SAUL,<br>   Commissioner of Social Security,<br>          Defendant. | Case No. 5:06-cv-367-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Amended Order.

Date: January 14, 2021

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE